JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DAISY J. FLORES, | Case No. 2:23-cv-10484-JDE |
| Plaintiff, | JUDGMENT |
| v. | |
| MARTIN O'MALLEY,<br>Commissioner of Social Security, | |
| Defendant. | |

In accordance with the Memorandum Opinion and Order filed herewith,

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is affirmed and this matter is dismissed with prejudice.

Dated: July 31, 2024

_____
JOHN D. EARLY
United States Magistrate Judge